AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Integrity Financial Services of Tampa Bay Inc. et al )
*Plaintiff* )
v. ) Case No.   2:19-cv-12258-MOB-APP
NHK Spring Co. Ltd. et al )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INTEGRITY FINANCIAL SERVICES OF TAMPA BAY INC. d/b/a INTEGRITY FINANCIAL SERVICES.

Date:   08/09/2019

/s/ Gregory Stamatopoulos
*Attorney's signature*

Gregory Stamatopoulos - P74199
*Printed name and bar number*

3011 W. Grand Boulevard, Ste. 2150
Detroit, MI 48202
*Address*

gstamatopoulos@weitzlux.com
*E-mail address*

(313) 800-4170
*Telephone number*

(646) 293-7955
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I caused **NOTICE OF APPEARANCE** to be electronically filed with the Clerk of the Court using the Court's electronic submission system. Notice of the filing was sent to all parties by operation of the Court's electronic filing system. I declare the above statement is true and to the best of my knowledge, information and belief.

Dated: August 9, 2019                             */s/ Gregory Stamatopoulos*